UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case No.: 5:21-cv-01625-BLF |
| Plaintiff, | **ORDER** |
| v. | |
| SUPER MICHELADA CORPORATION, a California Corporation | |
| Defendants. | |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: May 13, 2021

_Beth Labson Freeman_

HONORABLE BETH LABSON FREEMAN
United States District Judge