CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DANIA M. BAKER (SBN: 244486)
dania@alvarengalaw.com
ALVARENGA LAW
1625 The Alameda Ste 307
San Jose CA 95126
Telephone: (408) 289-1701
Facsimile: (877) 520-6858
Attorneys for Defendant
Super Michelada Corporation

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>SUPER MICHELADA CORPORATION, a California Corporation<br><br>     Defendants. | Case: 5:21-cv-01625-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2021        CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff

Dated: June 30, 2021        ALVARENGA LAW

                            By: /s/ Dania M. Baker
                                Dania M. Baker
                                Attorneys for Defendant
                                Super Michelada Corporation

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Dania M. Baker, counsel for Super Michelada Corporation, and that I have obtained Ms. Baker's authorization to affix her electronic signature to this document.

Dated: June 30, 2021          CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff